377 A.2d 198

Commonwealth v. Simmons, Appellant.

Submitted December 6, 1976. Manuel Grife and Steven D. Scherzer, for appellant; Richard Myers and Mark Sendrow, Assistant District Attorneys, for Commonwealth, appellee.

Order affirmed.

July 26, 1977.

377 A.2d 198

Schwartz v. Schwartz, Appellant.

Argued June 17, 1976. Benjamin Pomerantz, for appellant; Harris T. Bock, with him M. Mark Mendel, for appellee.

Judgment affirmed.